UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE, a minor, by and through his parents and natural guardians,

Plaintiff,

v.

EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,

Defendants.

CA 08 108

C.A. No.: ___________

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C., §1441**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

Defendant East Greenwich School Department (the "Department") respectfully petition for removal of the above-entitled action to the United States District Court for the District of Rhode Island, Civil Section, from the Superior Court of the State of Rhode Island for Kent County. For its Notice of Removal, the Department states as follows:

1. The defendants have been named as he defendants by the plaintiff, John Doe, in a civil action filed in the Superior Court of the State of Rhode Island for Kent County, entitled John Doe v. East Greenwich School Department, et al. Civil Action No. 2008-0358. On or about March 17, 2007, various employees of the Department were served with a Summons and a copy of the plaintiff's original Complaint.

2. This is a suit of a wholly civil nature brought in a Rhode Island state court. The action is pending in the Superior Court of the State of Rhode Island for Kent County, and, accordingly, under 28 U.S.C., §§ 120 & 1441(a), the United States District Court for the District of Rhode Island is the proper forum for removal.

3. In this action, the plaintiff alleges that the Department and the other defendants denied plaintiff a free appropriate public education (FAPE) as guaranteed under Federal Law in the Individuals with Disabilities Education Act (IDEA), and also cites jurisdiction arising from other federal law in Section 504 of the Civil Rights Act of 1973, the Health Insurance Portability and Accountability Act (HIPAA) and the Federal Education Rights to Privacy Act (FERA). See, Plaintiff's Complaint, §§ 20; 40-47. Attached hereto as Exhibit A. Because the plaintiff thus seeks relief under federal law, the District Court has original jurisdiction of this action pursuant to 28 U.S.C., § 1331.

4. The Department is filing this Notice within 30 days of service of the Summons and original Complaint, within 30 days of the date on which this case became removable, and within the time period for filing this petition. See 28 U.S.C., § 1446.

5. The Department will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island for Kent County. In addition, the Department will submit to this Court certified or attested copies of all pleadings and other documents filed with the Superior Court in connection with this action.

6. The other defendants in this action through Attorney Raymond Marcaccio (on his own behalf) and Attorney David Abbott (on behalf of the Rhode Island Department of Education, its employees, Peter McWaters, Paul Pontarelli, and Maureen Hobson; as well as the Rhode Island Board of Regents), have consented to this Notice of Removal.

WHEREFORE, the Department prays that the above action be removed from the Superior Court of the State of Rhode Island, Kent County, to this Court.

Respectfully submitted,

The Defendant,
EAST GREENWICH SCHOOL DEPARTMENT
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, R.I. Bar #5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance St., Suite 400
Providence, RI 02903
(866) 896-4901

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, via overnight and/or first-class mail.

3/21/08
Date