UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians,<br><br>Plaintiff,<br><br>v.<br><br>EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,<br><br>Defendants. | CA 08 108<br><br>C.A. No.: ___________ |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record on behalf of the defendants, East Greenwich School Department, East Greenwich School Committee, Town of East Greenwich, Helen O'Hara, Charles Meyers, Michael Zajac, Margaret Devine, Sharon Foley, Donna Phillips, Kelly Grennan, Peter Tausek, Steven Garneau, Dale Dinapoli, Ellise Wolff, and Caroline Bradshaw, in the above-captioned matter.

Respectfully submitted,

The Defendants,
EAST GREENWICH SCHOOL DEPARTMENT, EAST GREENWICH SCHOOL COMMITTEE, TOWN OF EAST GREENWICH, HELEN O'HARA, CHARLES MEYERS, MICHAEL ZAJAC, MARGARET DEVINE, SHARON FOLEY, DONNA PHILLIPS, KELLY GRENNAN, PETER TAUSEK, STEVEN GARNEAU, DALE DINAPOLI, ELLISE WOLFF, AND CAROLINE BRADSHAW,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance St., Suite 400
Providence, RI 02903
(866) 896-4901

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, via overnight and/or first-class mail.

3/21/08
Date