UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians,<br><br>Plaintiff,<br><br>v.<br><br>EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,<br><br>Defendants. | ) | C.A. No.: 1:08-CV-108 |

**NOTICE OF CHANGE OF ADDRESS**

Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating.

The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

The telephone and facsimile numbers of the firm remain unchanged.

Respectfully submitted,

The Defendants,
EAST GREENWICH SCHOOL DEPARTMENT, EAST GREENWICH SCHOOL COMMITTEE, TOWN OF EAST GREENWICH, HELEN O'HARA, CHARLES MEYERS, MICHAEL ZAJAC, MARGARET DEVINE, SHARON FOLEY, DONNA PHILLIPS, KELLY GRENNAN, PETER TAUSEK, STEVEN GARNEAU, DALE DINAPOLI, ELLISE WOLFF, AND CAROLINE BRADSHAW,
By their attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III

John J. Cloherty III, RI Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 31, 2008.

/s/ John J. Cloherty III

John J. Cloherty III