UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians,<br><br>Plaintiff,<br><br>v.<br><br>EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,<br><br>Defendants. | C.A. No.: 1:08-CV-108 |

**DEFENDANTS' JOINT MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Now comes the Defendants, pursuant to Rule 6(b), and hereby move to enlarge the time for Defendants to respond to Plaintiff's Complaint, by either Answer or Motion, by an additional thirty days from that date which such a response is now due. This is Defendants first request to enlarge time. As grounds for such Motion, the Defendants state as follows:

1. Attorney Richard Savage of Warwick, Rhode Island, has advised he is representing the Plaintiff.
2. Attorney Savage has informed the undersigned defense counsel that he intends to pursue the State Administrative remedies for his client.
3. Attorney Savage has informed the undersigned counsel that he intends to stipulate to dismiss this case once the administrative hearings are scheduled.

Wherefore, the Defendants respectfully request that this Honorable Court enlarge the time to respond by 30 days.

Respectfully submitted,

The Defendants,
EAST GREENWICH SCHOOL DEPARTMENT,
EAST GREENWICH SCHOOL COMMITTEE,
TOWN OF EAST GREENWICH,
HELEN O'HARA, CHARLES MEYERS,
MICHAEL ZAJAC, MARGARET DEVINE,
SHARON FOLEY, DONNA PHILLIPS,
KELLY GRENNAN, PETER TAUSEK,
STEVEN GARNEAU, DALE DINAPOLI,
ELLISE WOLFF, AND CAROLINE BRADSHAW,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III

John J. Cloherty III, RI Bar No. 5068
90 Canal Street
Boston, MA 02114-2018
(617) 350-0950

Providence Office:
128 Dorrance St., Suite 400
Providence, RI 02903
(866) 896-4901

The Defendants,
RHODE ISLAND DEPARTMENT
OF ELEMENTARY & SECONDARY
EDUCATION, PETER MCWALTERS,
RHODE ISLAND BOARD OF
REGENTS, PAUL PONTARELLI,
By their attorneys,

/s/ David V. Abbott /jjc/

David V. Abbott, R.I. Bar No. 4721
Rhode Island Department of
Elementary & Secondary Education
255 West Minster Street
Providence, RI 02903
(401) 222-4600

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 8, 2008.

/s/ John J. Cloherty III

John J. Cloherty III