STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0358 SARAH BOYLE, MD V EAST GREENWICH SCHOOL DEPT

Filing Date: 03-17-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 03-21-2008

| | |
|---|---|
| Plaintiff: SARAH BOYLE<br>ID: @10989979 | Attorney: PRO SE |
| Plaintiff: HUGH BOYLE<br>ID: @10989980 | Attorney: PRO SE |
| Plaintiff: JOHN DOE (MINOR)<br>ID: @10989982 | Attorney: PRO SE |
| Defendant: EAST GREENWICH SCHOOL DEPARTMENT<br>ID: @10989983 | Attorney: JOHN CLOHERTY |
| Defendant: EAST GREENWICH SCHOOL COMMITTEE<br>ID: @10989986 | |
| Defendant: TOWN OF EAST GREENWICH<br>ID: EGREENWIC | |
| Defendant: HELEN O'HARA<br>ID: @10989991 | |
| Defendant: CHARLES MEYERS<br>ID: @10989993 | |
| Defendant: MICHAEL ZAJAC<br>ID: @10989994 | |
| Defendant: MARGARET DEVINE<br>ID: @10989997 | |
| Defendant: SHARON FOLEY<br>ID: @10989998 | |
| Defendant: DONNA PHILLIPS<br>ID: @10990001 | |
| Defendant: KELLY GRENNAN<br>ID: @10990002 | |
| Defendant: PETER TAUSEK<br>ID: @10990003 | |
| Defendant: STEVEN GARNEAU<br>ID: @10990004 | |
| Defendant: DALE DINAPOLI<br>ID: @10990005 | |
| Defendant: ELLISE WOLFF<br>ID: @10990011 | |
| Defendant: RAYMOND MARCACCIO<br>ID: @10990014 | |
| Defendant: RHODE ISLAND DEPT. OF ELEMENTARY ANI<br>ID: @10990018 | |
| Defendant: PETER MCWALTERS<br>ID: @10990020 | |
| Defendant: R.I. BOARD OF REGENTS FOR ELEMENTARY | |

CA 08-108 ML

TRUE COPY ATTEST
[signature]
DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0358 SARAH BOYLE, MD V EAST GREENWICH SCHOOL DEPT

R.I. BOARD OF REGENTS FOR ELEMENTARY
ID: @10990025
Defendant: PAUL PONTARELLI
ID: @10990035
Defendant: MAUREEN HOBSON
ID: @10990038

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 03-24-2008 | PRELIMINARY INJUNCTION<br>PASSED | K4C | LANPHEAR |

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-17-2008 | COMPLAINT FILED | |
| 03-17-2008 | INITIAL FILING FEE | |
| 03-17-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK60772. |
| 03-21-2008 | ENTRY OF APPEARANCE | FOR DEFTS<br>Affiliated: CLOHERTY, JOHN J |
| 03-21-2008 | NOTICE OF REMOVAL | TO UNITED STATES DISTRICT COURT<br>Affiliated: TOWN OF EAST GREENWICH |
| 03-21-2008 | OTH DOC FILED DURING DISCOV | |
| 03-21-2008 | CASE REMVD TO US DISTRICT CT | |
| 03-24-2008 | PASSED | |