UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians,<br><br>Plaintiff,<br><br>v.<br><br>EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,<br><br>Defendants | C.A. No.: 1:08-CV-108 |

ENTRY OF APPEARANCE FOR LIMITED PURPOSES

The undersigned, being duly admitted to practice before the United States District Court, District of Rhode Island, hereby enters an appearance for Defendant Maureen Hobson for the limited purpose of filing the attached Motion to Enlarge Time to Respond to Complaint.

David V. Abbott, R.I. Bar No. 4721
Rhode Island Department of
Elementary & Secondary Education
255 Westminster Street
Providence, RI 02903
(401)222-8702

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was mailed to Plaintiff's attorney Richard J. Savage, Esq., 156 Airport Road, Warwick, RI 02889, and Defendants' attorney John J. Cloherty III, 90 Canal Street, Boston, MA 02114-2018, on this 9th day of April 2008.

David V. Abbott, Esq.