UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN DOE, a minor, by and through his parents and natural guardians,

Plaintiff,

v.

EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,

Defendants

C.A. No.: 1:08-CV-108

**DEFENDANT MAUREEN HOBSON'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Now comes the Defendant Maureen Hobson, pursuant to Rule 6(b), and hereby moves to enlarge the time for Defendant to respond to Plaintiff's Complaint, by either Answer or Motion, by an additional thirty days from the date which such a response is now due. This is Defendant's first request to enlarge time. As grounds for such Motion, the Defendant states as follows:

1. Attorney Richard Savage of Warwick, Rhode Island, has advised he is representing the Plaintiff.
2. Attorney Savage has informed the undersigned defense counsel that he intends to pursue the State administrative remedies for his client.
3. Attorney Savage has informed the undersigned counsel that he intends to stipulate to dismiss this case once the administrative hearings are scheduled.

Wherefore, the Defendant Maureen Hobson respectfully requests that this Honorable Court enlarge the time to respond by 30 days.

Respectfully submitted,

Defendant,

MAUREEN HOBSON by her attorney,

David V. Abbott, R.I. Bar No. 4721
Rhode Island Department of
Elementary & Secondary Education
255 Westminster Street
Providence, RI 02903
(401)222-8702

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was mailed to Plaintiff's attorney Richard J. Savage, Esq., 156 Airport Road, Warwick, RI 02889, and Defendants' attorney John J. Cloherty III, 90 Canal Street, Boston, MA 02114-2018, on this 9th day of April 2008.

David V. Abbott, Esq.