UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No.: 1:08-CV-108 |
| EAST GREENWICH SCHOOL DEPARTMENT, ET AL., | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

I, Richard J. Savage, hereby enter my appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,
On behalf of Plaintiff,

[signature]

Richard J. Savage (# 5448)
SAVAGE & SAVAGE
156 Airport Road
Warwick, RI 02889
Phone: 401-732-9500
Fax: 401-732-0166

Certification

I hereby certify that I mailed a copy of the within by first class mail, postage prepaid, to David V. Abbott, Esq., Rhode Island Department of Elementary & Secondary Education, 255 Westminster Street, Providence, RI 02903, and John J. Cloherty, III, Esq., Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, MA 02110 on this 11th day of April, 2008.

[signature]