UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DOE, a minor, by and through his parents and natural guardians,<br><br>Plaintiff,<br><br>v.<br><br>EAST GREENWICH SCHOOL DEPARTMENT, ET AL.,<br><br>Defendants. | C.A. No.: 1:08-CV-108 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Now come the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate to the dismissal of all claims against all the Defendants, Helen O'Hara, Charles Meyers, Michael Zajac, Margaret Devine, Sharon Foley, Donna Phillips, Kelly Grennan, Peter Tausek, Steven Garneau, Dale DiNapoli, Ellise Wolff, East Greenwich School Department, East Greenwich School Committee, Town of East Greenwich, Raymond Marcaccio, Rhode Island Department of Elementary & Secondary Education, Peter McWalters, Paul Pontarelli, and Maureen Hobson, Esq., without prejudice and without costs, and waiving all rights of appeal.

Respectfully submitted,

Plaintiffs,
JOHN DOE, a minor, by and through his parents and natural guardians,
By their attorney,

Richard Savage, R.I. Bar No. 5448
Savage & Savage
159 Airport Road
Warwick, RI 02889
(401) 732-9500

Defendants,
Rhode Island Department of Elementary & Secondary Education, Peter McWalters, Paul Pontarelli, Maureen Hobson, Esquire,
By their attorneys,

David V. Abbott, R.I. Bar No. 4721
Rhode Island Department of
Elementary & Secondary Education
255 Westminster Street
Providence, RI 02903
(401) 222-4600

Defendants,
Helen O'Hara, Charles Meyers, Michael Zajac, Margaret Devine, Sharon Foley, Donna Phillips, Kelly Grennan, Peter Tausek, Steven Garneau, Dale DiNapoli, Ellise Wolff, East Greenwich School Department, East Greenwich School Committee, Town of East Greenwich,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, R.I. Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Rhode Island Office:
128 Dorrance Street - Suite 400
Providence, RI 02903
(866) 896-4901

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2008, the foregoing Stipulation of Dismissal Without Prejudice, filed with the Court by (facsimile/electronic filing), and was sent via first-class mail to , to David V. Abbott, Esq., Rhode Island Department of Elementary & Secondary Education, 255 Westminster Street, Providence, RI 02903, and John J. Cloherty, III, Esq., Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, MA 02110.